UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN P. STEPHENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER BARREN VAUGHEY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-08605-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Docket No. 14 |

Previously, the Court adopted Judge Spero's report and recommendation ("R&R") in its entirety and dismissed Plaintiff's case for lack of subject matter jurisdiction. *See* Docket Nos. 11-12 (order and judgment). About a week later, Plaintiff filed a response to the R&R and, then, about a week after that, Plaintiff filed a motion for reconsideration.

The Court has reviewed both of Plaintiff's filings. Having considered such, the Court **DENIES** the motion for reconsideration. Plaintiff indicates that he needs "more time to get doctor's notes – proof of what I say is true." Mot. at 1. However, the Court did not dismiss the case based on the merits, but rather for lack of subject matter jurisdiction (*e.g.*, federal question or diversity jurisdiction). Plaintiff's filings still do not address the jurisdictional issue.

This order disposes of Docket No. 14.

**IT IS SO ORDERED**.


Dated: March 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge